# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>vs.<br><br>JORGE RAFAEL PEIMBERT-ALONSO ,<br><br>                                Defendant. | CASE NO. 11CR4343-AJB<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>NOV 16 2012<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

__X__  the Court has granted the motion of the Government for dismissal following a finding of incompetence; or

____  the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

   8 USC 1326 (a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:  November 16, 2012

_____
Hon. ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE